# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Fernandez, Ferdinand F. | Ninth Circuit Court of Appeals | 04/09/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Circuit Judge, Senior | ☐ Nomination Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

125 S. Grand Avenue, Suite 602
Pasadena, CA 91105

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fernandez, Ferdinand F. | 04/09/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fernandez, Ferdinand F. | 04/09/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | West Publishing Co. | Books | $4,645.20 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fernandez, Ferdinand F. | 04/09/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Accts. at Wells Fargo Bank | A | Interest | M | T | | | | | |
| 2. Accts. at JP Morgan Chase | A | Interest | L | T | | | | | |
| 3. Accts. at Bank of America | A | Interest | M | T | | | | | |
| 4. Accts. at Union Bank | A | Interest | L | T | | | | | |
| 5. Accts. at Community Bank | B | Interest | M | T | | | | | |
| 6. Accts. at California Bank and Trust | A | Interest | L | T | | | | | |
| 7. Accts. at Pacific Western Bank | A | Interest | L | T | | | | | |
| 8. Accts. at U.S. Bank | B | Interest | M | T | | | | | |
| 9. Accts. at Community Commerce Bank | A | Interest | M | T | | | | | |
| 10. Accts at Bank of the West | A | Interest | L | T | | | | | |
| 11. Accts. at Citizens Business Bank | A | Interest | L | T | | | | | |
| 12. Accts. at Pacific Premier Bank | B | Interest | L | T | | | | | |
| 13. Acct. at Discover Bank | A | Interest | | | Closed | 07/06/18 | L | A | |
| 14. Acct. at Morgan Stanley Private Bank | A | Interest | L | T | Open | 06/07/18 | L | | |
| 15. Acct. at BMO Harris Bank | A | Interest | L | T | Open | 07/18/18 | L | | |
| 16. Acct. at East West Bank | A | Interest | L | T | | | | | |
| 17. Acct. at Bank United N.A., Miami | A | Interest | L | T | Open | 07/18/18 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fernandez, Ferdinand F. | 04/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Acct. at Umpqua Bank | B | Interest | | | Closed | 05/30/18 | M | A | |
| 19. Acct. at Israel Discount Bank | B | Interest | | | Closed | 07/06/18 | L | A | |
| 20. Am. Fund Cap Income Builder; Cl A | D | Dividend | M | T | | | | | |
| 21. Am. Fund New Economy Cl A | A | Dividend | J | T | | | | | |
| 22. Income Fund of America Cl A | C | Dividend | K | T | | | | | |
| 23. Am. Cap. Fund Cl A | C | Dividend | K | T | | | | | |
| 24. Am. Fund Balanced Fund Cl A | D | Dividend | M | T | | | | | |
| 25. Am Fund Growth Fund Cl A | D | Dividend | L | T | | | | | |
| 26. Am Fund, Inv. Co. of America Cl A | B | Dividend | J | T | | | | | |
| 27. Wash. Mut. Inv. Fund Cl A | C | Dividend | L | T | | | | | |
| 28. Invesco Van Kampen Am. Franchise Fund Cl A | C | Dividend | L | T | | | | | |
| 29. Invesco Van Kampen Real Estate Fund Cl A | C | Dividend | L | T | | | | | |
| 30. Invesco Van Kampen Comstock Fund Cl A | B | Dividend | K | T | | | | | |
| 31. Select Notes Trust Sec. LT #5 | B | Interest | J | T | | | | | |
| 32. GNMA Pool Cert. | A | Interest | J | T | | | | | |
| 33. U.S. T. Bills | B | Interest | L | T | | | | | |
| 34. U.S. T. Bills | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fernandez, Ferdinand F. | 04/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. U.S. T. Bills | D | Interest | N | T | | | | | |
| 36. U.S. T. Bills | B | Interest | L | T | | | | | |
| 37. U.S. T. Bills | B | Interest | L | T | | | | | |
| 38. Trust #1; Income Beneficiary, Wells Fargo, Trustee (Items 39-111) | | | | | | | | | |
| 39. (a) Wells Fargo Cash | A | Interest | J | T | | | | | |
| 40. (b) Vanguard REIT Viper | A | Dividend | J | T | Sold | 07/13/18 | J | A | |
| 41. (c-i) Vanguard Emerging Market ETF | A | Dividend | J | T | Buy (add'l) | 04/23/18 | J | | |
| 42. (c -ii) Same as (c-i) | | | | | Sold (part) | 02/01/18 | J | A | |
| 43. (c-iii) Same as (c-i) | | | | | Buy (add'l) | 09/27/18 | J | | |
| 44. (d-i) SPDR D.J. Wilshire Int'l. Real Estate | A | Dividend | J | T | Sold (part) | 04/23/18 | J | A | |
| 45. (d-ii) Same as (d-i) | | | | | Sold (part) | 07/13/18 | J | A | |
| 46. (d-iii) Same as (d-i) | | | | | Sold (part) | 11/19/18 | J | A | |
| 47. (e-i) AMEX Consumer DISCT SPDR | A | Dividend | J | T | Buy (add'l) | 04/23/18 | J | | |
| 48. (e-ii) Same as (e-i) | | | | | Sold (part) | 02/01/18 | J | A | |
| 49. (e-iii) Same as (e-i) | | | | | Sold (part) | 09/27/18 | J | A | |
| 50. (e-iv) Same as (e-i) | | | | | Buy (add'l) | 11/19/18 | J | | |
| 51. (f-i) Consumer Staples Sec SPDR | A | Dividend | J | T | Sold (part) | 02/01/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fernandez, Ferdinand F. | 04/09/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. (f-ii) Same as (f-i) | | | | | Sold (part) | 04/23/18 | J | A | |
| 53. (f-iii) Same as (f-i) | | | | | Sold (part) | 11/19/18 | J | A | |
| 54. (g) AMEX Energy Select SPDR | A | Dividend | J | T | Buy (add'l) | 04/23/18 | J | | |
| 55. (h-i) Financial Select Sec. SPDR | A | Dividend | J | T | Buy (add'l) | 11/19/18 | J | | |
| 56. (h-ii) Same as (h-i) | | | | | Sold (part) | 02/01/18 | J | A | |
| 57. (i-i) Health Care Select Sec. SPDR | A | Dividend | J | T | Buy (add'l) | 04/23/18 | J | | |
| 58. (i-ii) Same as (i-i) | | | | | Sold (part) | 02/01/18 | J | A | |
| 59. (i-iii) Same as (i-i) | | | | | Sold (part) | 09/27/18 | J | A | |
| 60. (i-iv)) Same as (i-i) | | | | | Buy (add'l) | 11/19/18 | J | | |
| 61. (j-i) AMEX Industrial SPDR | A | Dividend | J | T | Buy (add'l) | 11/19/18 | J | | |
| 62. (j-ii) Same as (j-i) | | | | | Sold (part) | 02/01/18 | J | A | |
| 63. (j-iii) Same as (j-i) | | | | | Sold (part) | 09/27/18 | J | A | |
| 64. (k-i) AMEX Technology SPDR | A | Dividend | J | T | Sold (part) | 02/01/18 | J | A | |
| 65. (k-ii) Same as (k-i) | | | | | Sold (part) | 04/23/18 | J | A | |
| 66. (k-iii) Same as (k-i) | | | | | Sold (part) | 09/27/18 | J | A | |
| 67. (l) AMEX Materials SPDR | A | Dividend | J | T | | | | | |
| 68. (m-i) I Shares S&P Midcap 400 Growth | A | Dividend | J | T | Sold (part) | 02/01/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fernandez, Ferdinand F. | 04/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. (m-ii) Same as (m-i) | | | | | Sold (part) | 09/27/18 | J | A | |
| 70. (n) I Shares S&P Midcap 400 Value | A | Dividend | J | T | Sold (part) | 09/27/18 | J | A | |
| 71. (o) I Shares Core S&P Small Cap | A | Dividend | | | Sold | 02/01/18 | J | C | |
| 72. (p-i) Fidelity New Markets Income Fund Class 1 (formerly Fidelity | A | Dividend | J | T | Buy (add'l) | 02/01/18 | J | | |
| 73. (p-i cont.) Advisors Emerging Markets Income Fund Class 1)See Pt. VIII | | | | | | | | | |
| 74. (p-ii) Same as (p-i) | | | | | Buy (add'l) | 09/27/18 | J | | |
| 75. (p-iii) Same as (p-i) | | | | | Sold (part) | 04/20/18 | J | A | |
| 76. (q-i) Vanguard FTSE Developed Markets ETF | A | Dividend | J | T | Sold (part) | 02/01/18 | J | A | |
| 77. (q-ii) Same as (q-i) | | | | | Buy (add'l) | 09/27/18 | J | | |
| 78. (q-iii) Same as (q-i) | | | | | Buy (add'l) | 04/23/18 | J | | |
| 79. (r) ASG Global Alternative fund Class Y | A | Dividend | J | T | | | | | |
| 80. (s) T Rowe Price Inst Float Rate Fund | A | Dividend | J | T | Buy (add'l) | 09/27/18 | J | | |
| 81. (t-i) Neuberger Berman Long Short Fund | A | Dividend | J | T | Sold (part) | 04/20/18 | J | A | |
| 82. (t-ii) Same as (t-i) | | | | | Sold (part) | 09/26/18 | J | A | |
| 83. (u-i) AQR Managed Futures STR-1 #15213 | A | Dividend | J | T | Buy (add'l) | 04/23/18 | J | | |
| 84. (u-ii) Same as (u-i) | | | | | Sold (part) | 01/31/18 | J | A | |
| 85. (v) Blackrock Global L/S Credit Class K #1940 | A | Dividend | J | T | Sold (part) | 09/26/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fernandez, Ferdinand F. | 04/09/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e.g., div., rent, or int.) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e.g., buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 86. (w-i) T Rowe Price Real Estate Fund #432 | A | Dividend | J | T | Buy (add'l) | 02/01/18 | J | | |
| 87. (w-ii) Same as (w-i) | | | | | Buy (add'l) | 09/27/18 | J | | |
| 88. (w-iii) Same as (w-i) | | | | | Sold (part) | 07/12/18 | J | A | |
| 89. (w-iii) Same as (w-i) | | | | | Sold (part) | 11/16/18 | J | A | |
| 90. (x) JP Morgan High Yield Fund Select Shares | A | Dividend | J | T | Buy (add'l) | 04/23/18 | J | | |
| 91. (y) Vanguard Inflation Protected Sec. Fund - Admiral Shares | A | Dividend | | | Sold | 01/31/18 | J | A | |
| 92. (z-i) Vanguard Intermediate Term B | A | Dividend | K | T | Sold (part) | 04/23/18 | J | A | |
| 93. (z-ii) Same as (z-i) | | | | | Sold (part) | 09/27/18 | J | A | |
| 94. (aa-i) Vanguard Short Term Bond ETF | A | Dividend | J | T | Sold (part) | 02/01/18 | J | A | |
| 95. (aa-ii) Same as (aa-i) | | | | | Sold (part) | 04/23/18 | J | A | |
| 96. (aa-iii) Same as (aa-i) | | | | | Buy (add'l) | 09/27/18 | J | | |
| 97. (bb-i) Real Estate Select Sector | A | Dividend | | | Buy (add'l) | 04/23/18 | J | | |
| 98. (bb-ii) Same as (bb-i) | | | | | Sold | 11/19/18 | J | A | |
| 99. (cc-i) Eaton Vance Global Macro Absolute Return Adv. Fund-Class I #208 | A | Dividend | J | T | Buy (add'l) | 02/01/18 | J | | |
| 100. (cc-ii) Same as (cc-i) | | | | | Buy (add'l) | 09/27/18 | J | | |
| 101. (cc-iii) Same as (cc-i) | | | | | Sold (part) | 04/20/18 | J | A | |
| 102. (dd-i) John Hancock Fund 11 - Absolute Return Currency #3643 | A | Dividend | J | T | Buy (add'l) | 04/23/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fernandez, Ferdinand F. | 04/09/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. (dd-ii) Same as (dd-i) | | | | | Buy (add'l) | 09/27/18 | J | | |
| 104. (ee) Vanguard Short Term Corporate Bond | A | Dividend | J | T | Buy | 04/23/18 | J | | |
| 105. (ff-i) TCW Emrg Mkts Incm. 14721 | A | Dividend | J | T | Buy | 07/13/18 | J | | |
| 106. (ff-ii) Same as (ff-i) | | | | | Buy (add'l) | 09/27/18 | J | | |
| 107. (gg) Communications Serv. Sel. Sector SPDR | A | Dividend | J | T | Buy | 11/19/18 | J | | |
| 108. (hh) Powershares DB Optimum Yield Diversified Commodity Strategy | A | Dividend | J | T | Buy | 09/27/18 | J | | |
| 109. (ii-i) I Shares Russell 2000 ETF | A | Dividend | J | T | Buy | 02/01/18 | J | | |
| 110. (ii-ii) Same as (ii-i) | | | | | Sold (part) | 09/29/18 | J | A | |
| 111. (jj) I Shares Corp MSCI Emerging Mks. | A | Dividend | J | T | Buy | 09/27/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fernandez, Ferdinand F. | 04/09/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Item 72 - On 12-10/18 Fidelity Advisors Emerging Markets Income Fund Class 1 merged with Fidelity New Markets Income Fund Class 1 and the shares of the former were replaced with shares of the latter.

| Name of Person Reporting | Date of Report |
|---|---|
| Fernandez, Ferdinand F. | 04/09/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ferdinand F. Fernandez**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544